IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:00CR147-1-MU

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MOHAMAD YOUSEEF HAMMOUD, | ) | |
| a/k/a Ali A.A. Abousaleh | ) | |
| Ali A.A. Alboualeh, | ) | |
| _____ | ) | |

This matter is before the court upon its own motion. On February 3, 2006, Defendant filed a Motion for Discovery Under Brady v. Maryland, The Jencks Act and Giglio for Sentencing. The government is hereby ordered to file a response to this motion by Monday, February 13, 2006. Both parties are directed to file briefs in support of their respective positions within ten days thereafter.

IT IS SO ORDERED.

Signed: February 9, 2006

Graham C. Mullen
United States District Judge