IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:00CR147-1-MU

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MOHAMAD YOUSEEF HAMMOUD, | ) | |
| a/k/a Ali A.A. Abousaleh | ) | |
| Ali A.A. Alboualeh, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court upon its own motion. A status conference was held on March 13, 2006 with regard to the resentencing of this defendant. Pursuant to discussion at that hearing,

IT IS THEREFORE ORDERED that:

(1) The government shall respond to the defendant's discovery brief and sentencing memorandum by April 12, 2006. Defendant may file a reply by April 22, 2006; and

(2) The court will conduct a hearing on May 25, 2006 on all discovery issues and sentencing issues and will at that hearing schedule the resentencing hearing

Signed: March 14, 2006

Graham C. Mullen
United States District Judge