IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:00cr147-1-Mu

FILED
CHARLOTTE, N. C.

MAY 9 2006

U. S. DISTRICT COURT
W. DIST. OF N. C.

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| Plaintiff | ) | |
| v. | ) | |
| | ) | ORDER |
| MOHAMAD YOUSSEF HAMMOUD | ) | |
| Defendant | ) | |

THIS MATTER is before the court being both the defense counsel and the government's attorney have stated they would not be available for the Discovery Hearing currently set for May 25, 2006.

IT IS THEREFORE ORDERED that the **Discovery Hearing be reset for Monday, June 26, 2006 at 10:00 a.m.**, in Courtroom No. 3, Charlotte, North Carolina.

IT IS FURTHER ORDERED that the defendant's resentencing will not be rescheduled until the pending discovery matters have been resolved.

This 9th day of May, 2006.

Graham C. Mullen
Senior United States District Court Judge