IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:00-CR-147**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | **ORDER** |
| MOHAMED YOUSSEF HAMMOUD | ) | |

**THIS MATTER IS BEFORE THE COURT** on it own motion. On January 31, 2008 a status conference was held in chambers with counsel for the government and counsel for defendant in attendance.

The U.S. Probation Office is hereby directed to determine whether a new Pre-sentence Report is required, or whether instead the original Pre-sentence Report shall be reissued for the re-sentencing.

Counsel shall have standard time to submit objections and briefs in response to the Pre-sentence Report, whether new or reissued. Two weeks after the Pre-sentence Report is submitted, parties are to file a sentencing memorandum should they seek a non-guideline sentence. Parties will then have two weeks to respond to the opposing party's brief.

The Court will set a hearing for the re-sentencing of Mr. Hammoud in mid-April.

**IT IS SO ORDERED.**

Signed: February 1, 2008

Graham C. Mullen
United States District Judge

Signed: February 1, 2008

Graham C. Mullen
United States District Judge