# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

UNITED STATES OF AMERICA

    V.                           CASE NUMBER: 3:00CR147-1

Mohamad Youssef Hammoud

    THIS MATTER is before the Court on an Order of Remand, filed 4/29/05, from the Fourth Circuit Court of Appeals for re-sentencing.

    **NOW, THEREFORE, IT IS ORDERED** that:

The Bureau of Prisons and the United States Marshals service is hereby ORDERED to transport & produce the body of Defendant, Mohamad Youssef Hammoud (USM# 16449-058), for re-sentencing before the honorable Graham C. Mullen, in the Western District of North Carolina, Charlotte not later than November 16, 2010, and upon completion of the re-sentencing hearing, Defendant is to be returned to the custody of the Bureau of Prisons.

    The Clerk is directed to certify copies of this Order to the United States Attorney, Defendant's Counsel, the United States Marshal Service, and the United States Probation Office.

    IT IS SO ORDERED.

Signed: September 8, 2010

Graham C. Mullen
United States District Judge