IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:00CR147-MU


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MOHAMAD YOUSSEF HAMMOUD | ) | |
| | ) | |
| _____ | ) | |

    This matter is before the court upon the Defendants' Motions in Limine. A hearing on these motions was held on November 18, 2010. For the reasons stated in open court at the hearing,

    IT IS THEREFORE ORDERED that the Motions in Limine are hereby DENIED.


Signed: November 18, 2010


Graham C. Mullen
United States District Judge