*U.S. v. Hammoud*
3:00-cr-147-1-MU

# Exhibit 2
# to
# Defendant's Supplemental Submission Regarding Matthew Levitt

```
 1              IN THE UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF ILLINOIS
 2                        EASTERN DIVISION

 3
     UNITED STATES OF AMERICA,           ) Docket No. 03 CR 978
 4                                       )
                          Plaintiff,     )
 5                                       )
               vs.                       )
 6                                       )
     MUHAMMAD HAMID KHALIL SALAH AND     )
 7   ABDELHALEEM HASAN ABDELRAZIQ ASHQAR,) Chicago, Illinois
                                         ) October 19, 2006
 8                        Defendants.    ) 4:02 o'clock p.m.

 9
                         E X C E R P T
10                 TRANSCRIPT OF TRIAL PROCEEDINGS
           BEFORE THE HONORABLE AMY J. ST. EVE, AND A JURY
11
     APPEARANCES:
12

13   For the Plaintiff:          HON. PATRICK J. FITZGERALD
                                 United States Attorney
14                               BY:  MR. JOSEPH M. FERGUSON
                                      MR. REID J. SCHAR
15                                    MS. CARRIE E. HAMILTON
                                 219 S. Dearborn St., Suite 500
16                               Chicago, Illinois   60604

17
     For Deft. Salah:            PEOPLE'S LAW OFFICES
18                               BY:  MR. MICHAEL EDWARD DEUTSCH
                                      MS. ERICA THOMPSON
19                                    MR. BENJAMIN ELSON
                                 1180 North Milwaukee Avenue
20                               Chicago, Illinois   60622

21                               LAW OFFICE OF ROBERT BLOOM
                                 BY:  MR. ROBERT JAY BLOOM
22                               3355 Richmond Boulevard
                                 Oakland, California   94611
23

24   For Deft. Ashqar:           MR. KEITH ALLAN SPIELFOGEL
                                 20 North Clark Street, Suite 1200
25                               Chicago, Illinois   60602
```

```
 1  APPEARANCES (Cont'd):

 2
    For Deft. Ashqar (Cont'd):  MR. WILLIAM MOFFITT
 3                              11582 Greenwich Point Road
                                Reston, Virginia   20194
 4
                                DEPAUL UNIVERSITY COLLEGE OF LAW
 5                              BY:  MS. ANDREA D. LYON
                                25 E. Jackson Blvd., Suite 1050
 6                              Chicago, Illinois   60604

 7
    Also Present:               S/A BRADLEY BENAVIDES, FBI
 8                              S/A JILL PETORELLI, FBI

 9
    Court Reporters:            KATHLEEN M. FENNELL, CSR, RMR, FCRR
10                              Official Court Reporter
                                219 S. Dearborn St., Suite 2144A
11                              Chicago, Illinois   60604
                                (312) 435-5569
12
                                MR. JOSEPH RICKHOFF
13                              Official Court Reporter
                                219 S. Dearborn St., Suite 1232
14                              Chicago, Illinois   60604
                                (312) 435-5562
15

16             * * * * * * * * * * * * * * * * *

17                       PROCEEDINGS RECORDED BY
                          MECHANICAL STENOGRAPHY
18                   TRANSCRIPT PRODUCED BY COMPUTER

19

20

21

22

23

24

25
```

1  BY MR. FERGUSON:
2  Q. Where have you traveled to in the Middle East in
3  developing your expertise? And please provide approximately
4  the times that you were in those locations.
5  A. All right. I'll do the best I can with the times because
6  there were many trips.
7          But I've traveled many times to the Gaza Strip, West
8  Bank and Israel. When I was with the Washington Institute, I
9  would probably make those trips twice, sometimes three times a
10 year.
11         I know the last one was in November 2004. I don't
12 remember the dates of the previous ones, but they were
13 probably twice a year over that four-year period, from 2001 to
14 2005.
15         Also spent -- made several trips to Jordan. Again, I
16 apologize, I don't have the dates, but I made probably at
17 least three trips during that period of time also, the same
18 four years.
19         Traveled once to Turkey, once to Egypt also during
20 those four years. Many trips to Europe, where I met with
21 officials responsible for their countries or the European
22 Union's dealings with the region and this conflict, in many
23 cases specifically with Hamas. And, again, there were many
24 trips, probably at least a dozen over that four-year period.
25 Q. When you receive these various forms of information, do