*U.S. v. Hammoud*
3:00-cr-147-1-MU

# Exhibit 3
# to
# Defendant's Supplemental Submission Regarding Matthew Levitt

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF NEW YORK
 2
     - - - - - - - - - - - - - - -X
 3
     UNITED STATES OF AMERICA,      :  CR-03-372 (JG)
 4                                  :
 5        - against -               :
                                       United States Courthouse
 6                                  :  Brooklyn, New York

 7   MOHAMMED ALI HASSAN AL-MOAYAD
     And MOHAMMED MOHSEN YAHYA      :
     ZAYED,
 8                                     February 7, 2005
                                    :  9:00 a.m.
 9
                     Defendant.     :
10   - - - - - - - - - - - - - - -X

11                  TRANSCRIPT OF TRIAL
          BEFORE THE HONORABLE STERLING JOHNSON, JR.
12        UNITED STATES DISTRICT JUDGE, and a Jury.

13                A P P E A R A N C E S:

14   For the Government:   ROSLYNN R. MAUSKOPF, ESQ.
                           United State Attorney
15                         Eastern District of New York
                              One Pierrepont Plaza
16                            Brooklyn, New York 11201
                           BY: KELLY MOORE, ESQ.
17                             PAMELA CHEN, ESQ.
                               JEFFREY KNOX, ESQ.
18                             Assistant United States Attorneys

19   For the Defendant:    WILLIAM GOODMAN, ESQ.
                           HOWARD JACOBS, ESQ.
20                         ALMIS DEEK, ESQ.
                           For Defendant Al-Moayad
21
                           JONATHAN MARKS, ESQ.
22                         For Defendant Zayed

23   Court Reporter: Anthony D. Frisolone, CSR, RPR, CRR
                     Telephone: (718) 260-4519
24                   Facsimile: (718) 260-4560
                     E-mail:    AFrisolone@aol.com
25
```

Anthony D. Frisolone, CSR, RPR, CRR
Official U.S. District Court Reporter

3500ML0008

Case 3:00-cr-00147-GCM-DSC   Document 1118-3   Filed 11/24/10   Page 2 of 3

```
1    VOIR EXAMINATION
2    BY MR. GOODMAN:
3    Q.   Good morning, Mr. Levitt, I am William Godman.
4    A.   Yes.
5    Q.   You speak Arabic?
6    A.   No.
7    Q.   Do you read Arabic?
8    A.   No, I have assistants who read the daily press.
9    Q.   My only question is whether you read Arabic?
10            THE COURT:  The answer is no.
11            MR. GOODMAN:  Thank you.
12   Q.   Have you ever have you ever been to Yemen?
13   A.   No.
14   Q.   You would describe your methodology you're "more art
15   than science," would you not?
16   A.   Yes.
17   Q.   You would agree that you flatter yourself to
18   colleagues?
19            THE COURT:  Sustained.
20            MR. GOODMAN:  There's no objection.  I asked
21   about methodology, I think I can.
22            THE COURT:  You flatter yourself?
23            MR. GOODMAN:  This is a quote from him.
24            THE COURT:  Okay.
25            MR. GOODMAN:  Thank you.
```

Anthony D. Frisolone, CSR, RPR, CRR
Official U.S. District Court Reporter

M. Levitt - Voir Dire/Mr. Goodman

686

```
1    BY MR. GOODMAN:
```