# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | DOCKET NO. 3:00-CR-147-1-MU |
| ) | ORDER |
| MOHAMAD YOUSSEF HAMMOUD ) | |
| a/k/a Ali A.A. Abousaleh ) | |
| Ali A.A. Albousaleh, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on its own motion. The defense has informed the Court that they have successfully procured an expert witness who is unable to appear at the Defendant's sentencing hearing, scheduled for December 15, 2010 at 10:00 AM. As a result of this conflict and other issues raised by both parties, the sentencing hearing is necessarily continued until a date to be determined in January.

**SO ORDERED.**

Signed: December 13, 2010

Graham C. Mullen
United States District Judge