# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:00-CR-00147-GCM-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MOHAMAD YOUSSEF HAMMOUD,<br><br>Defendant. | **ORDER** |

**THIS MATTER** comes before the Court on the Court's own motion. Defendant Mohamad Youssef Hammoud filed a Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A) (ECF No. 1185). The Court instructs the Government to respond to this Motion within thirty (30) days of entry of this Order.

**SO ORDERED.**

Signed: February 11, 2022

Graham C. Mullen
United States District Judge