# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CRIMINAL ACTION NO. 3:00-CR-00147-GCM-DSC

| UNITED STATES OF AMERICA | |
|---|---|
| v. | **ORDER** |
| MOHAMAD YOUSSEF HAMMOUD, | |
| Defendant. | |

**THIS MATTER** comes before the Court on its own motion. The parties have informed the Court by email of a scheduling conflict with the hearing presently set for August 23, 2022 in this matter.

**IT IS THEREFORE ORDERED** that the hearing presently set for August 23, 2022, is **RESET** to a date to be determined by separate order.

**IT IS FURTHER ORDERED** that the parties shall **CONFER** and **ADVISE** the Court as soon as practicable when the matter may be reset.

**SO ORDERED**.

Signed: August 18, 2022

Graham C. Mullen
United States District Judge